IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC

    Plaintiff,

  v.

FUTUREWEI TECHNOLOGIES, INC.


    Defendant.

Civil Action No. 6:12-CV-00267-CEH-DAB

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant Futurewei Technologies, Inc. ("Futurewei") have settled Brandywine's claims for relief against Futurewei asserted in this case.

NOW, THEREFORE, Brandywine and Futurewei, through their attorneys of record, request this Court to dismiss Brandywine's claims for relief against Futurewei, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

November 28, 2012                          Respectfully submitted,

                                           */s/ Brian H. VanderZanden*
                                           Brian H. VanderZanden (*pro hac vice*)
                                           Email: bvanderzanden@farneydaniels.com
                                           Farney Daniels LLP
                                           800 S. Austin Ave., Suite 200
                                           Georgetown, TX 78626
                                           Telephone: (512) 582-2831
                                           Facsimile: (512) 582-2829

                                           Christopher T. Hill (FL Bar No. 0868371)
                                           Email: chill@hrkmlaw.com
                                           HILL, RUGH, KELLER & MAIN, P.L.
                                           390 N Orange Avenue, Suite 1610
                                           Orlando, FL  32801
                                           Telephone: (407) 926-7460
                                           Facsimile: (407) 926-7461

                                           **ATTORNEYS FOR PLAINTIFF
                                           BRANDYWINE COMMUNICATIONS
                                           TECHNOLOGIES, LLC**

                                           */s/David M. Airan*
                                           H. Michael Hartmann
                                           Email: mhartmann@leydig.com
                                           David M. Airan
                                           Email: dairan@leydig.com
                                           Leonard Z. Hua
                                           Email: lhua@leydig.com
                                           LEYDIG, VOIT & MAYER, LTD.
                                           Two Prudential Plaza, Suite 4900
                                           Chicago, IL 60601

                                           Robert Alfert, Jr. (FL Bar No. 0959324)
                                           Email: ralfert@broadandcassel.com
                                           Kimberly Doud (FL Bar No.: 0523771)
                                           Email: kdoud@broadandcassel.com
                                           BROAD AND CASSEL
                                           Bank of America, Suite 1400
                                           390 North Orange Avenue
                                           Orlando, Florida 32801-4961
                                           Telephone: (407) 839-4200
                                           Facsimile: (407) 425-8377

                                           **ATTORNEYS FOR DEFENDANT
                                           FUTUREWEI TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian H. VanderZanden*
Brian H. VanderZanden