UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,**

    **Plaintiff,**

v.                                       Case No:  6:12-cv-267-Orl-36DAB

**FUTUREWEI TECHNOLOGIES, INC.,**

    **Defendant.**

_____/

## **O R D E R**

Before the Court is the Joint Motion to Dismiss (Doc. 45).  In accord with the Joint Motion to Dismiss, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Motion to Dismiss is **GRANTED** (Doc. 45).

2)     This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on November 28, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record